UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

METRO PONY, LLC,

    Plaintiff,

    v.

CITY OF METROPOLIS,

    Defendant.

Case No. 11-cv-144-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. In a scheduling and discovery conference before Magistrate Judge Donald G. Wilkerson on February 28, 2011, the defendant City of Metropolis agreed not to enforce Ordinance 2011-2 until the Court's ruling on forthcoming dispositive motions. In light of this agreement, the Court **ORDERS** that the temporary restraining order entered February 24, 2011 (Doc. 19) is extended pursuant to Federal Rule of Civil Procedure 65(b)(2) until the Court's final ruling on all dispositive motions in this case.

**IT IS SO ORDERED.**
**DATED: February 28, 2011**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**