UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

METRO PONY, LLC,

    Plaintiff,

v.

CITY OF METROPOLIS,

    Defendant.

Case No. 11-cv-144-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is granted in favor of defendant City of Metropolis and against plaintiff Metro Pony, Inc.; and

IT IS FURTHER ORDERED AND ADJUDGED that the temporary restraining order prohibiting enforcement of Metropolis Ordinance 2011-2 issued on February 24, 2011, be dissolved at 12:01 a.m. on Monday, April 23, 2012.

**DATED: April 20, 2012**    NANCY J. ROSENSTENGEL, Clerk of Court

                                  **s/ Jina Hoyt, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**